IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY T. JOYNER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:18-CV-1035-WKW |
| | ) [WO] |
| SHELLY SANDERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 24, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 44.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that:

1. Defendants' motion to dismiss (Doc. # 35) is GRANTED;

2. Plaintiff's 42 U.S.C. § 1985(3) claim is DISMISSED with prejudice; and

3. Plaintiff's state law claims are DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 11th day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE